# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| BRANDEN SCOTT HIGAR,<br><br>     Plaintiff,<br>v.<br><br>AMERICA'S FINANCIAL CHOICE, INC.,<br><br>     Defendant. | Case No.  2:17-cv-02295-CSB-EIL<br><br>Honorable Judge Colin S. Bruce |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, BRANDEN SCOTT HIGAR, and the Defendant, AMERICA'S FINANCIAL CHOICE, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against AMERICA'S FINANCIAL CHOICE, INC.  pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: February 20, 2018                    Respectfully Submitted,

**BRANDEN SCOTT HIGAR**                    **AMERICA'S FINANCIAL CHOICE, INC.**

/s/ Nathan C. Volheim                       /s/ John L. Ropiequet *with consent*)
Nathan C. Volheim                           John L. Ropiequet
*Counsel for Plaintiff*                     *Counsel for Defendant*
Sulaiman Law Group, LTD                     Saul Ewing Arnstein & Lehr LLP
2500 S. Highland Avenue, Suite 200          161 North Clark Street, Suite 4200
Lombard, Illinois 60148                     Chicago, IL 60601
Phone: (630) 575-8181                       Phone: (312) 876-7100
Fax :(630) 575-8188                         john.ropiequet@saul.com
nvolheim@sulaimanlaw.com